# EXHIBIT D




**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
|---|
| **-FILED-** |
| File No.: U230005834326 |
| Date Filed: 1/25/2023 |

| Submitter Information: | |
|---|---|
| Contact Name | BEE |
| Organization Name | CAPITOL SERVICES, INC. |
| Phone Number | 214-745-5400 |
| Email Address | barchaphorn@winstead.com |
| Address | PO BOX 1831<br>AUSTIN, TX 78767 |

Debtor Information:

| Debtor Name | Mailing Address |
|---|---|
| THE LITIGATION PRACTICE GROUP, PC | 17542 E 17TH STREET, STE 100<br>TUSTIN, CA 92780 |

Secured Party Information:

| Secured Party Name | Mailing Address |
|---|---|
| OHP – LPG, LP | 303 COLORADO STREET, SUITE 2550<br>AUSTIN, TX 78701 |

Indicate how documentation of Collateral is provided:
  Entered as Text

Description:
  All assets of the Debtor, whether now owned or hereafter acquired, wherever located.

Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:
  Not Applicable

Select an alternate Financing Statement type:

Select an additional alternate Financing Statement type:

Select an alternative Debtor/Secured Party designation for this Financing Statement:

Optional Filer Reference Information:
  62697-25 - CA - STATE