| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Christopher B. Ghio (State Bar No. 259094)<br>Christopher Celentino (State Bar No. 131688)<br>Yosina M. Lissebeck (State Bar No. 201654)<br>DINSMORE & SHOHL LLP<br>655 West Broadway, Suite 800, San Diego, CA 92101<br>Telephone: 619.400.0500 / Facsimile: 619.400.0501<br>D. Edward Hays, Esq. #162507<br>Laila Masud, Esq. #311731<br>MARSHACK HAYS WOOD LLP<br>870 Roosevelt, Irvine, CA  92620<br>Telephone: 949-333-7777 / Facsimile: 949-333-7778<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Richard A. Marshack | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| In re: THE LITIGATION PRACTICE GROUP P.C.<br>　　　　　　　　　　　　　　　　　　　Debtor(s).<br>OHP-CDR, LP, a Texas Limited Partnership and PURCHASECO 80, LLC, a Texas Limited Liability Company　　　　　　　　　　　　　　Plaintiff(s),<br>vs. | CASE NO.:　　　8:23-bk-10571-SC<br>ADVERSARY NO.: 8:23-ap-01098-SC<br>CHAPTER:　　　11 |
| RICHARD A. MARSHACK, Chapter 11 Trustee and AZZURE CAPITAL, LLC, a New York Limited Liability Company.　　　　　　　　　　　Defendant(s).<br><br>RICHARD A. MARSHACK, Chapter 11 Trustee,<br>　　　　　　　　　　　　　　　Counterclaimant,<br>vs.<br>OHP-CDR, LP fka OHP-LPG, LP, a Delaware limited partnership and PURCHASECO80, LLC, a Delaware limited liability company,<br>　　　　　　　　　　　　　　Counterdefendants, | **REQUEST THAT THE CLERK ISSUE ANOTHER SUMMONS AND NOTICE OF STATUS CONFERENCE**<br><br>**[LBR 7004-1(a)(1)(B)]**<br><br>No hearing required [LBR 9013-1(p)] |

**PLEASE TAKE NOTICE THAT** (*name of party*) Richard A. Marshack (Counterclaimant)
requests that the clerk issue another Summons and Notice of Status Conference, for the reason(s) stated below.  This request is made pursuant to LBR 9013-1(p), which allows the court to grant the request without a hearing.

☐ **A**. **ORIGINAL SUMMONS NOT TIMELY SERVED** [FRBP 7004(e)]

　　1. A summons was issued and filed by the clerk as docket entry #_____ on (*date*) _____.

　　2. The 7-day period to serve a summons ended on (*date*) _____.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court, Central District of California.

*December 2015*　　　　　　　　　　　　　　Page 1　　　　　　　　**F 7004-1.2.REQUEST.ANOTHER.SUMMONS**

3. The period to serve a summons ended without service of the summons on the following previously named parties:

   a. _____

   b. _____

   c. _____

4. Therefore, another summons ("alias summons") is needed.

☒ **B. NEW PARTY TO BE ADDED OR JOINED** [FRBP 7014, 7019, 7020]

   1. Movant is:  ☐ Plaintiff    ☐ Third-Party Plaintiff    X [Counterdefendants]

   2. Name of the party(ies) to be added or joined:

      a. OHP-CDR, LP fka OHP-LPG, LP, a Delaware limited partnership - Counterdefendant

      b. PURCHASECO80, LLC, a Delaware limited liability company - Counterdefendant

      c. _____

   3. The document that identifies the new party(ies) is filed as docket entry # 7 on (*date*) 10/13/2023 :

      ☐ Amended Complaint

      ☒ Third-Party Complaint - [Answer to Complaint and Counterclaims ] [Dkt. No. 7]

   4. Therefore, another summons is needed to serve the new party(ies).


Date: 10/13/2023         Yosina M. Lissebeck
                         Print name of Movant or Attorney for Movant


                         /s/ Yosina M. Lissebeck
                         Signature of Movant or Attorney for Movant

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court, Central District of California.

*December 2015*                              Page 2                    **F 7004-1.2.REQUEST.ANOTHER.SUMMONS**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
655 W. Broadway, Suite 800, San Diego, California  92101

A true and correct copy of the foregoing document entitled: **REQUEST THAT THE CLERK ISSUE ANOTHER SUMMONS AND NOTICE OF STATUS CONFERENCE [LBR 7004-(1)(a)(1)(C)]**

will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On October 13, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On October 13, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on October 13, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 13, 2023 | Caron Burke | /s/ Caron Burke |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-.1.PROOF.SERVICE

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

   Razmig Izakelian on behalf of Plaintiff OHP-CDR, LP
   razmigizakelian@quinnemanuel.com

   Razmig Izakelian on behalf of Plaintiff PurchaseCo 80, LLC
   razmigizakelian@quinnemanuel.com

   Yosina M Lissebeck on behalf of Counter-Claimant Richard A Marshack (TR)
   Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com

   Yosina M Lissebeck on behalf of Counter-Claimant Richard A. Marshack
   Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com

   Richard A Marshack (TR)
   pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com

   Ronald N Richards on behalf of Interested Party Courtesy NEF
   ron@ronaldrichards.com, 7206828420@filings.docketbird.com

   United States Trustee (SA)
   ustpregion16.sa.ecf@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-.1.PROOF.SERVICE**