QUINN EMANUEL URQUHART & SULLIVAN LLP
Eric D. Winston (SBN 202407)
ericwinston@quinnemanuel.com
Jeremy D. Andersen (SBN 227287)
jeremyandersen@quinnemanuel.com
Razmig Y. Izakelian (SBN 292137)
razmigizakelian@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for OHP-CDR, LP and PurchaseCo 80, LLC*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP, P.C.,<br><br>Debtor. | Chapter 11<br><br>Case No: 8-23-bk-10571-SC<br><br>Adv. Proc. No. 8:23-ap-01098-SC |
| OHP-CDR, LP, a Texas Limited Partnership and PURCHASECO 80, LLC, a Texas Limited Liability Company,<br><br>Plaintiffs<br><br>v.<br><br>RICHARD A. MARSHACK, Chapter 11 Trustee and AZZURE CAPITAL, LLC, a New York Limited Liability Company.<br><br>Defendants. | **STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>Date: February 7, 2024<br>Time: 1:30 p.m.<br>Courtroom: 5C |

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

This Stipulation ("Stipulation") is entered into by and between Richard A. Marshack, in his capacity as Chapter 11 Trustee ("Trustee") of the Bankruptcy Estate ("Estate") of The Litigation Practice Group P.C. ("Debtor"), OHP-CDR, LP ("OHP") and PurchaseCo80, LLC ("PurchaseCo"), and Azzure Capital, LLC ("Azzure") (collectively Trustee, OHP, PurchaseCo, and Azzure are referred to herein as the "Parties").

**RECITALS**

A. On March 20, 2023, Debtor filed a voluntary petition under Chapter 11 of Title 11 of the United States Code, initiating bankruptcy Case No. 8:23-bk-10571-SC in the United States Bankruptcy Court for the Central District of California, Santa Ana Division.

B. On September 11, 2023, OHP-CDR and PurchaseCo filed a *Complaint to Determine Priority of Lien and Ownership Interest*. ECF 1.

C. On October 13, 2023, the Trustee filed an answer and counterclaims. ECF 7.

D. On October 13, 2023, Azzure filed an answer. ECF 10.

E. On November 3, 2023, OHP-CDR and PurchaseCo filed an answer to the counterclaims. ECF 13.

F. On November 22, 2023, the parties filed a joint status report indicating that there were ongoing settlement discussions and requested a continuance of the status conference. ECF 17.

G. The Court continued the status conference to February 7, 2024 at 1:30 p.m. ECF 18, 19.

H. OHP-CDR, PurchaseCo, and the Trustee are still in settlement discussions and desire to continue the status conference so that the parties can try to reach a settlement.

**STIPULATION**

Wherefore, the Parties agree and STIPULATE as follows:

1. The February 7, 2024 status conference be continued for approximately one month to March 13, 2024 at 11:00 a.m., or such other time that is convenient for the Court;

2. The Parties will file a joint status report 14 days before the continued status conference;

3. Except as specifically set forth herein, the Parties reserve all other rights, claims and defenses; and

4. This Stipulation may be executed in one or more counterparts and facsimile electronic signatures may be used in filing this document with the Court.

1 | DATED: January 24, 2024 | DINSMORE & SHOHL llp

By: /s/ Christopher Celentino
CHRISTOPHER CELENTINO
Special Counsel for
RICHARD A. MARSHACK

DATED: January 24, 2024 | QUINN EMANUEL URQUHART & SULLIVAN LLP

By: /s/
RAZMIG Y. IZAKELIAN
Attorneys for
OHP-CDR, LP and PURCHASECO 80, LLC

DATED: January 24, 2024 | BRYAN CAVE LEIGHTON PAISNER LLP

By: /s/ Sharon Z. Weiss
SHARON Z. WEISS

Attorneys for
AZZURE CAPITAL, LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

865 S. Figueroa Street, 10th Floor, Los Angeles, CA 90017

A true and correct copy of the foregoing documents entitled: Stipulation to Continue Status Conference

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) January 24, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/24/2024 | Razmig Izakelian | /s/ Razmig Izakelian |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                      F 9013-3.1.PROOF.SERVICE

Razmig Izakelian on behalf of Plaintiff OHP-CDR, LP
razmigizakelian@quinnemanuel.com

Razmig Izakelian on behalf of Plaintiff PurchaseCo 80, LLC
razmigizakelian@quinnemanuel.com

Yosina M Lissebeck on behalf of Counter-Claimant Richard A. Marshack
Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com

Yosina M Lissebeck on behalf of Defendant Richard A. Marshack
Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com

Richard A Marshack (TR)
pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com

Ronald N Richards on behalf of Interested Party Courtesy NEF
ron@ronaldrichards.com, 7206828420@filings.docketbird.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

Sharon Z. Weiss on behalf of Defendant Azzure Capital LLC
sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**