QUINN EMANUEL URQUHART & SULLIVAN LLP
Eric D. Winston (SBN 202407)
ericwinston@quinnemanuel.com
Jeremy D. Andersen (SBN 227287)
jeremyandersen@quinnemanuel.com
Razmig Y. Izakelian (SBN 292137)
razmigizakelian@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for OHP-CDR, LP and PurchaseCo 80, LLC*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP, P.C.,<br><br>Debtor. | Chapter 11<br><br>Case No. 8:23-bk-10571-SC<br><br>Adv. Proc. No. 8:23-ap-01098-SC<br><br>**EXHIBITS TO BRIEF REQUIRED BY COURT'S FEBRUARY 21, 2024 ORDER (PART I)**<br><br>**Hearing Date and Time**<br><br>Date: April 22, 2024<br><br>Time: 9:30 a.m.<br><br>Location: Courtroom 5C and *Via ZoomGov* |
| OHP-CDR, LP, a Texas Limited Partnership and PURCHASECO 80, LLC, a Texas Limited Liability Company,<br><br>Plaintiffs<br><br>v.<br><br>RICHARD A. MARSHACK, Chapter 11 Trustee and AZZURE CAPITAL, LLC, a New York Limited Liability Company.<br><br>Defendants. | |

| Exhibit # | Begin Bates | End Bates |
|---:|---|---|
| 1 | OHPLPG00000001 | OHPLPG00000021 |
| 2 | OHPLPG00000022 | OHPLPG00000042 |
| 3 | OHPLPG00000043 | OHPLPG00001611 |
| 4 | OHPLPG00001612 | OHPLPG00001758 |
| 5 | OHPLPG00001759 | OHPLPG00001761 |
| 6 | OHPLPG00001762 | OHPLPG00001764 |
| 7 | OHPLPG00001765 | OHPLPG00001812 |
| 8 | OHPLPG00001813 | OHPLPG00002246 |
| 9 | OHPLPG00002247 | OHPLPG00002248 |
| 10 | OHPLPG00002249 | OHPLPG00002250 |
| 11 | OHPLPG00002251 | OHPLPG00002793 |
| 12 | OHPLPG00002794 | OHPLPG00002794 |
| 13 | OHPLPG00002795 | OHPLPG00003271 |
| 14 | OHPLPG00003272 | OHPLPG00004200 |
| 15 | OHPLPG00004201 | OHPLPG00004201 |
| 16 | OHPLPG00004202 | OHPLPG00004268 |
| 17 | OHPLPG00004269 | OHPLPG00004281 |
| 18 | OHPLPG00004282 | OHPLPG00004282 |
| 19 | OHPLPG00004283 | OHPLPG00004283 |
| 20 | OHPLPG00004284 | OHPLPG00004284 |
| 21 | OHPLPG00004285 | OHPLPG00004286 |
| 22 | OHPLPG00004287 | OHPLPG00004287 |
| 23 | OHPLPG00004288 | OHPLPG00004289 |
| 24 | OHPLPG00004290 | OHPLPG00004290 |
| 25 | OHPLPG00004291 | OHPLPG00004291 |
| 26 | OHPLPG00004292 | OHPLPG00004292 |
| 27 | OHPLPG00004293 | OHPLPG00004293 |
| 28 | OHPLPG00004294 | OHPLPG00004295 |
| 29 | OHPLPG00004296 | OHPLPG00004297 |
| 30 | OHPLPG00004298 | OHPLPG00004298 |
| 31 | OHPLPG00004299 | OHPLPG00004300 |
| 32 | OHPLPG00004301 | OHPLPG00004302 |
| 33 | OHPLPG00004303 | OHPLPG00004303 |
| 34 | OHPLPG00004304 | OHPLPG00004304 |
| 35 | OHPLPG00004305 | OHPLPG00004305 |
| 36 | OHPLPG00004306 | OHPLPG00004306 |
| 37 | OHPLPG00004307 | OHPLPG00004309 |
| 38 | OHPLPG00004310 | OHPLPG00004310 |
| 39 | OHPLPG00004311 | OHPLPG00004311 |
| 40 | OHPLPG00004312 | OHPLPG00004313 |

| | | |
|---|---|---|
| 41 | OHPLPG00004314 | OHPLPG00004314 |
| 42 | OHPLPG00004315 | OHPLPG00004317 |
| 43 | OHPLPG00004318 | OHPLPG00004318 |
| 44 | OHPLPG00004319 | OHPLPG00004321 |
| 45 | OHPLPG00004322 | OHPLPG00004323 |
| 46 | OHPLPG00004324 | OHPLPG00009930 |
| 47 | OHPLPG00009931 | OHPLPG00015516 |
| 48 | OHPLPG00015517 | OHPLPG00023234 |
| 49 | OHPLPG00023235 | OHPLPG00023237 |
| 50 | OHPLPG00023238 | OHPLPG00023239 |
| 51 | OHPLPG00023240 | OHPLPG00023240 |
| 52 | OHPLPG00023241 | OHPLPG00023241 |
| 53 | OHPLPG00023242 | OHPLPG00023242 |
| 54 | OHPLPG00023243 | OHPLPG00023243 |
| 55 | OHPLPG00023244 | OHPLPG00023245 |
| 56 | OHPLPG00023246 | OHPLPG00023246 |
| 57 | OHPLPG00023247 | OHPLPG00023247 |
| 58 | OHPLPG00023248 | OHPLPG00023248 |
| 59 | OHPLPG00023249 | OHPLPG00023250 |
| 60 | OHPLPG00023251 | OHPLPG00023251 |
| 61 | OHPLPG00023252 | OHPLPG00023252 |
| 62 | OHPLPG00023253 | OHPLPG00023253 |
| 63 | OHPLPG00023254 | OHPLPG00023255 |
| 64 | OHPLPG00023256 | OHPLPG00023261 |
| 65 | OHPLPG00023262 | OHPLPG00023267 |
| 66 | OHPLPG00023268 | OHPLPG00023273 |
| 67 | OHPLPG00023274 | OHPLPG00023279 |
| 68 | OHPLPG00023280 | OHPLPG00023285 |
| 69 | OHPLPG00023286 | OHPLPG00023291 |
| 70 | OHPLPG00023292 | OHPLPG00023297 |
| 71 | OHPLPG00023298 | OHPLPG00023308 |
| 72 | OHPLPG00023309 | OHPLPG00023314 |
| 73 | OHPLPG00023315 | OHPLPG00023320 |
| 74 | OHPLPG00023321 | OHPLPG00023326 |
| 75 | OHPLPG00023327 | OHPLPG00023332 |
| 76 | OHPLPG00023333 | OHPLPG00023334 |
| 77 | OHPLPG00023335 | OHPLPG00023336 |
| 78 | OHPLPG00023337 | OHPLPG00023337 |
| 79 | OHPLPG00023338 | OHPLPG00023478 |
| 80 | OHPLPG00023479 | OHPLPG00023484 |
| 81 | OHPLPG00023485 | OHPLPG00023495 |

| | | |
|---|---|---|
| 82 | OHPLPG00023496 | OHPLPG00023506 |
| 83 | OHPLPG00023507 | OHPLPG00023508 |
| 84 | OHPLPG00023509 | OHPLPG00023514 |
| 85 | OHPLPG00023515 | OHPLPG00023520 |
| 86 | OHPLPG00023521 | OHPLPG00023526 |
| 87 | OHPLPG00023527 | OHPLPG00023537 |
| 88 | OHPLPG00023538 | OHPLPG00023543 |
| 89 | OHPLPG00023544 | OHPLPG00023545 |
| 90 | OHPLPG00023546 | OHPLPG00023556 |
| 91 | OHPLPG00023557 | OHPLPG00023562 |
| 92 | OHPLPG00023563 | OHPLPG00023568 |
| 93 | OHPLPG00023569 | OHPLPG00023574 |
| 94 | OHPLPG00023575 | OHPLPG00023585 |
| 95 | OHPLPG00023586 | OHPLPG00023591 |
| 96 | OHPLPG00023592 | OHPLPG00023597 |
| 97 | OHPLPG00023598 | OHPLPG00023603 |
| 98 | OHPLPG00023604 | OHPLPG00023625 |
| 99 | OHPLPG00023626 | OHPLPG00023628 |
| 100 | OHPLPG00023629 | OHPLPG00023649 |
| 101 | OHPLPG00023650 | OHPLPG00023661 |
| 102 | OHPLPG00023662 | OHPLPG00023677 |
| 103 | OHPLPG00023678 | OHPLPG00023679 |
| 104 | OHPLPG00023680 | OHPLPG00023685 |
| 105 | OHPLPG00023686 | OHPLPG00023687 |
| 106 | OHPLPG00023688 | OHPLPG00023693 |
| 107 | OHPLPG00023694 | OHPLPG00023699 |
| 108 | OHPLPG00023700 | OHPLPG00023701 |
| 109 | OHPLPG00023702 | OHPLPG00023707 |
| 110 | OHPLPG00023708 | OHPLPG00023718 |
| 111 | OHPLPG00023719 | OHPLPG00023724 |
| 112 | OHPLPG00023725 | OHPLPG00023730 |
| 113 | OHPLPG00023731 | OHPLPG00023736 |
| 114 | OHPLPG00023737 | OHPLPG00023747 |
| 115 | OHPLPG00023748 | OHPLPG00023753 |
| 116 | OHPLPG00023754 | OHPLPG00023759 |
| 117 | OHPLPG00023760 | OHPLPG00023795 |
| 118 | OHPLPG00023796 | OHPLPG00023796 |
| 119 | OHPLPG00023797 | OHPLPG00023802 |
| 120 | OHPLPG00023803 | OHPLPG00023808 |
| 121 | OHPLPG00023809 | OHPLPG00023814 |
| 122 | OHPLPG00023815 | OHPLPG00023827 |

| | | |
|---|---|---|
| 123 | OHPLPG00023828 | OHPLPG00023828 |
| 124 | OHPLPG00023829 | OHPLPG00023832 |
| 125 | OHPLPG00023833 | OHPLPG00023838 |
| 126 | OHPLPG00023839 | OHPLPG00023844 |
| 127 | OHPLPG00023845 | OHPLPG00023870 |
| 128 | OHPLPG00023871 | OHPLPG00023881 |
| 129 | OHPLPG00023882 | OHPLPG00023887 |
| 130 | OHPLPG00023888 | OHPLPG00023888 |
| 131 | OHPLPG00023889 | OHPLPG00023894 |
| 132 | OHPLPG00023895 | OHPLPG00023905 |
| 133 | OHPLPG00023906 | OHPLPG00023916 |
| 134 | OHPLPG00023917 | OHPLPG00023917 |
| 135 | OHPLPG00023918 | OHPLPG00023938 |
| 136 | OHPLPG00023939 | OHPLPG00023944 |
| 137 | OHPLPG00023945 | OHPLPG00023948 |
| 138 | OHPLPG00023949 | OHPLPG00023949 |
| 139 | OHPLPG00023950 | OHPLPG00023955 |
| 140 | OHPLPG00023956 | OHPLPG00023976 |
| 141 | OHPLPG00023977 | OHPLPG00023978 |
| 142 | OHPLPG00023979 | OHPLPG00023979 |
| 143 | OHPLPG00023980 | OHPLPG00023980 |
| 144 | OHPLPG00023981 | OHPLPG00024147 |
| 145 | OHPLPG00024148 | OHPLPG00024149 |
| 146 | OHPLPG00024150 | OHPLPG00024170 |
| 147 | OHPLPG00024171 | OHPLPG00024176 |
| 148 | OHPLPG00024177 | OHPLPG00024190 |
| 149 | OHPLPG00024191 | OHPLPG00024192 |
| 150 | OHPLPG00024193 | OHPLPG00024198 |
| 151 | OHPLPG00024199 | OHPLPG00024231 |
| 152 | OHPLPG00024232 | OHPLPG00024247 |
| 153 | OHPLPG00024248 | OHPLPG00024253 |
| 154 | OHPLPG00024254 | OHPLPG00024259 |
| 155 | OHPLPG00024260 | OHPLPG00024265 |
| 156 | OHPLPG00024266 | OHPLPG00024266 |
| 157 | OHPLPG00024267 | OHPLPG00024352 |
| 158 | OHPLPG00024353 | OHPLPG00024358 |
| 159 | OHPLPG00024359 | OHPLPG00024364 |
| 160 | OHPLPG00024365 | OHPLPG00024372 |
| 161 | OHPLPG00024373 | OHPLPG00027508 |
| 162 | OHPLPG00027509 | OHPLPG00027514 |
| 163 | OHPLPG00027515 | OHPLPG00027515 |

| | | |
|---|---|---|
| 164 | OHPLPG00027516 | OHPLPG00027517 |
| 165 | OHPLPG00027518 | OHPLPG00027533 |
| 166 | OHPLPG00027534 | OHPLPG00027535 |
| 167 | OHPLPG00027536 | OHPLPG00027968 |
| 168 | OHPLPG00027969 | OHPLPG00027970 |
| 169 | OHPLPG00027971 | OHPLPG00028002 |
| 170 | OHPLPG00028003 | OHPLPG00028003 |
| 171 | OHPLPG00028004 | OHPLPG00028009 |
| 172 | OHPLPG00028010 | OHPLPG00028060 |
| 173 | OHPLPG00028061 | OHPLPG00028066 |
| 174 | OHPLPG00028067 | OHPLPG00028082 |
| 175 | OHPLPG00028083 | OHPLPG00028084 |
| 176 | OHPLPG00028085 | OHPLPG00028123 |
| 177 | OHPLPG00028124 | OHPLPG00028139 |
| 178 | OHPLPG00028140 | OHPLPG00028145 |
| 179 | OHPLPG00028146 | OHPLPG00028151 |
| 180 | OHPLPG00028152 | OHPLPG00028154 |
| 181 | OHPLPG00028155 | OHPLPG00028515 |
| 182 | OHPLPG00028516 | OHPLPG00028520 |
| 183 | OHPLPG00028521 | OHPLPG00028529 |
| 184 | OHPLPG00028530 | OHPLPG00028530 |
| 185 | OHPLPG00028531 | OHPLPG00028531 |
| 186 | OHPLPG00028532 | OHPLPG00028540 |
| 187 | OHPLPG00028541 | OHPLPG00028549 |
| 188 | OHPLPG00028550 | OHPLPG00028554 |
| 189 | OHPLPG00028555 | OHPLPG00028558 |
| 190 | OHPLPG00028559 | OHPLPG00028559 |
| 191 | OHPLPG00028560 | OHPLPG00028564 |
| 192 | OHPLPG00028565 | OHPLPG00028570 |
| 193 | OHPLPG00028571 | OHPLPG00028899 |
| 194 | OHPLPG00028900 | OHPLPG00028948 |
| 195 | OHPLPG00028949 | OHPLPG00029229 |
| 196 | OHPLPG00029230 | OHPLPG00029233 |
| 197 | OHPLPG00029234 | OHPLPG00029246 |
| 198 | OHPLPG00029247 | OHPLPG00029250 |
| 199 | OHPLPG00029251 | OHPLPG00029351 |
| 200 | OHPLPG00029352 | OHPLPG00029355 |
| 201 | OHPLPG00029356 | OHPLPG00029359 |
| 202 | OHPLPG00029360 | OHPLPG00029414 |
| 203 | OHPLPG00029415 | OHPLPG00029419 |
| 204 | OHPLPG00029420 | OHPLPG00029420 |

Main Document    Page 7 of 15

| | | | |
|---|---|---|---|
| 1 | 205 | OHPLPG00029421 | OHPLPG00029423 |
| 2 | 206 | OHPLPG00029424 | OHPLPG00029546 |
| | 207 | OHPLPG00029547 | OHPLPG00029547 |
| 3 | 208 | OHPLPG00029548 | OHPLPG00029555 |
| 4 | 209 | OHPLPG00029556 | OHPLPG00029648 |
| | 210 | OHPLPG00029649 | OHPLPG00029650 |
| 5 | 211 | OHPLPG00029651 | OHPLPG00029652 |
| 6 | 212 | OHPLPG00029653 | OHPLPG00029654 |
| | 213 | OHPLPG00029655 | OHPLPG00029656 |
| 7 | 214 | OHPLPG00029657 | OHPLPG00029749 |
| 8 | 215 | OHPLPG00029750 | OHPLPG00029842 |
| | 216 | OHPLPG00029843 | OHPLPG00029852 |
| 9 | 217 | OHPLPG00029853 | OHPLPG00029872 |
| 10 | 218 | OHPLPG00029873 | OHPLPG00029874 |
| | 219 | OHPLPG00029875 | OHPLPG00029923 |
| 11 | 220 | OHPLPG00029924 | OHPLPG00029927 |
| 12 | 221 | OHPLPG00029928 | OHPLPG00029932 |
| | 222 | OHPLPG00029933 | OHPLPG00029936 |
| 13 | 223 | OHPLPG00029937 | OHPLPG00029942 |
| 14 | 224 | OHPLPG00029943 | OHPLPG00029953 |
| | 225 | OHPLPG00029954 | OHPLPG00029957 |
| 15 | 226 | OHPLPG00029958 | OHPLPG00032331 |
| 16 | 227 | OHPLPG00032332 | OHPLPG00032349 |
| | 228 | OHPLPG00032350 | OHPLPG00032351 |
| 17 | 229 | OHPLPG00032352 | OHPLPG00032369 |
| 18 | 230 | OHPLPG00032370 | OHPLPG00032387 |
| | 231 | OHPLPG00032388 | OHPLPG00032405 |
| 19 | 232 | OHPLPG00032406 | OHPLPG00032423 |
| 20 | 233 | OHPLPG00032424 | OHPLPG00032425 |
| | 234 | OHPLPG00032426 | OHPLPG00032443 |
| 21 | 235 | OHPLPG00032444 | OHPLPG00032450 |
| 22 | 236 | OHPLPG00032451 | OHPLPG00032466 |
| | 237 | OHPLPG00032467 | OHPLPG00032470 |
| 23 | 238 | OHPLPG00032471 | OHPLPG00032477 |
| 24 | 239 | OHPLPG00032478 | OHPLPG00032490 |
| | 240 | OHPLPG00032491 | OHPLPG00032497 |
| 25 | 241 | OHPLPG00032498 | OHPLPG00032504 |
| 26 | 242 | OHPLPG00032505 | OHPLPG00032511 |
| | 243 | OHPLPG00032512 | OHPLPG00032513 |
| 27 | 244 | OHPLPG00032514 | OHPLPG00032515 |
| 28 | 245 | OHPLPG00032516 | OHPLPG00032516 |

| | | |
|---|---|---|
| 246 | OHPLPG00032517 | OHPLPG00032517 |
| 247 | OHPLPG00032518 | OHPLPG00032535 |
| 248 | OHPLPG00032536 | OHPLPG00032552 |
| 249 | OHPLPG00032553 | OHPLPG00032570 |
| 250 | OHPLPG00032571 | OHPLPG00032606 |
| 251 | OHPLPG00032607 | OHPLPG00032694 |
| 252 | OHPLPG00032695 | OHPLPG00032702 |
| 253 | OHPLPG00032703 | OHPLPG00032708 |
| 254 | OHPLPG00032709 | OHPLPG00032727 |
| 255 | OHPLPG00032728 | OHPLPG00032733 |
| 256 | OHPLPG00032734 | OHPLPG00032739 |
| 257 | OHPLPG00032740 | OHPLPG00032762 |
| 258 | OHPLPG00032763 | OHPLPG00032767 |
| 259 | OHPLPG00032768 | OHPLPG00032920 |
| 260 | OHPLPG00032921 | OHPLPG00032924 |
| 261 | OHPLPG00032925 | OHPLPG00032928 |
| 262 | OHPLPG00032929 | OHPLPG00033072 |
| 263 | OHPLPG00033073 | OHPLPG00033076 |
| 264 | OHPLPG00033077 | OHPLPG00033079 |
| 265 | OHPLPG00033080 | OHPLPG00033082 |
| 266 | OHPLPG00033083 | OHPLPG00033224 |
| 267 | OHPLPG00033225 | OHPLPG00033366 |
| 268 | OHPLPG00033367 | OHPLPG00033368 |
| 269 | OHPLPG00033369 | OHPLPG00033370 |
| 270 | OHPLPG00033371 | OHPLPG00033372 |
| 271 | OHPLPG00033373 | OHPLPG00033403 |
| 272 | OHPLPG00033404 | OHPLPG00033420 |
| 273 | OHPLPG00033421 | OHPLPG00033437 |
| 274 | OHPLPG00033438 | OHPLPG00033444 |
| 275 | OHPLPG00033445 | OHPLPG00033471 |
| 276 | OHPLPG00033472 | OHPLPG00033498 |
| 277 | OHPLPG00033499 | OHPLPG00033510 |
| 278 | OHPLPG00033511 | OHPLPG00033537 |
| 279 | OHPLPG00033538 | OHPLPG00033564 |
| 280 | OHPLPG00033565 | OHPLPG00033591 |
| 281 | OHPLPG00033592 | OHPLPG00033617 |
| 282 | OHPLPG00033618 | OHPLPG00033621 |
| 283 | OHPLPG00033622 | OHPLPG00033624 |
| 284 | OHPLPG00033625 | OHPLPG00033625 |
| 285 | OHPLPG00033626 | OHPLPG00033626 |
| 286 | OHPLPG00033627 | OHPLPG00033667 |

| | | |
|---|---|---|
| 287 | OHPLPG00033668 | OHPLPG00033670 |
| 288 | OHPLPG00033671 | OHPLPG00033777 |
| 289 | OHPLPG00033778 | OHPLPG00033778 |
| 290 | OHPLPG00033779 | OHPLPG00033780 |
| 291 | OHPLPG00033781 | OHPLPG00033782 |
| 292 | OHPLPG00033783 | OHPLPG00033783 |
| 293 | OHPLPG00033784 | OHPLPG00040628 |
| 294 | OHPLPG00040629 | OHPLPG00040637 |
| 295 | OHPLPG00040638 | OHPLPG00043208 |
| 296 | OHPLPG00043209 | OHPLPG00045208 |
| 297 | OHPLPG00045209 | OHPLPG00045309 |
| 298 | OHPLPG00045310 | OHPLPG00045384 |
| 299 | OHPLPG00045385 | OHPLPG00048968 |
| 300 | OHPLPG00048969 | OHPLPG00052551 |
| 301 | OHPLPG00052552 | OHPLPG00052718 |
| 302 | OHPLPG00052719 | OHPLPG00052720 |
| 303 | OHPLPG00052721 | OHPLPG00057907 |
| 304 | OHPLPG00057908 | OHPLPG00063091 |
| 305 | OHPLPG00063092 | OHPLPG00063092 |
| 306 | OHPLPG00063093 | OHPLPG00063093 |
| 307 | OHPLPG00063094 | OHPLPG00063094 |
| 308 | OHPLPG00063095 | OHPLPG00063095 |
| 309 | OHPLPG00063096 | OHPLPG00063096 |
| 310 | OHPLPG00063097 | OHPLPG00063101 |
| 311 | OHPLPG00063102 | OHPLPG00063105 |
| 312 | OHPLPG00063106 | OHPLPG00063109 |
| 313 | OHPLPG00063110 | OHPLPG00063115 |
| 314 | OHPLPG00063116 | OHPLPG00063120 |
| 315 | OHPLPG00063121 | OHPLPG00063125 |
| 316 | OHPLPG00063126 | OHPLPG00063130 |
| 317 | OHPLPG00063131 | OHPLPG00063134 |
| 318 | OHPLPG00063135 | OHPLPG00063139 |
| 319 | OHPLPG00063140 | OHPLPG00063143 |
| 320 | OHPLPG00063144 | OHPLPG00063147 |
| 321 | OHPLPG00063148 | OHPLPG00063151 |
| 322 | OHPLPG00063152 | OHPLPG00063154 |
| 323 | OHPLPG00063155 | OHPLPG00063221 |
| 324 | OHPLPG00063222 | OHPLPG00063264 |
| 325 | OHPLPG00063265 | OHPLPG00070160 |
| 326 | OHPLPG00070161 | OHPLPG00070225 |
| 327 | OHPLPG00070226 | OHPLPG00070479 |

| | | |
|---|---|---|
| 328 | OHPLPG00070480 | OHPLPG00070484 |
| 329 | OHPLPG00070485 | OHPLPG00070489 |
| 330 | OHPLPG00070490 | OHPLPG00070494 |
| 331 | OHPLPG00070495 | OHPLPG00070495 |
| 332 | OHPLPG00070496 | OHPLPG00070499 |
| 333 | OHPLPG00070500 | OHPLPG00070500 |
| 334 | OHPLPG00070501 | OHPLPG00070502 |
| 335 | OHPLPG00070503 | OHPLPG00070505 |
| 336 | OHPLPG00070506 | OHPLPG00070508 |
| 337 | OHPLPG00070509 | OHPLPG00070512 |
| 338 | OHPLPG00070513 | OHPLPG00070516 |
| 339 | OHPLPG00070517 | OHPLPG00070520 |
| 340 | OHPLPG00070521 | OHPLPG00070523 |
| 341 | OHPLPG00070524 | OHPLPG00070526 |
| 342 | OHPLPG00070527 | OHPLPG00070531 |
| 343 | OHPLPG00070532 | OHPLPG00070533 |
| 344 | OHPLPG00070534 | OHPLPG00070568 |
| 345 | OHPLPG00070569 | OHPLPG00070571 |
| 346 | OHPLPG00070572 | OHPLPG00070573 |
| 347 | OHPLPG00070574 | OHPLPG00070574 |
| 348 | OHPLPG00070575 | OHPLPG00070627 |
| 349 | OHPLPG00070628 | OHPLPG00070628 |
| 350 | OHPLPG00070629 | OHPLPG00070629 |
| 351 | OHPLPG00070630 | OHPLPG00070811 |
| 352 | OHPLPG00070812 | OHPLPG00070814 |
| 353 | OHPLPG00070815 | OHPLPG00070816 |
| 354 | OHPLPG00070817 | OHPLPG00070818 |
| 355 | OHPLPG00070819 | OHPLPG00070819 |
| 356 | OHPLPG00070820 | OHPLPG00070821 |
| 357 | OHPLPG00070822 | OHPLPG00070825 |
| 358 | OHPLPG00070826 | OHPLPG00070828 |
| 359 | OHPLPG00070829 | OHPLPG00070831 |
| 360 | OHPLPG00070832 | OHPLPG00070834 |
| 361 | OHPLPG00070835 | OHPLPG00070836 |
| 362 | OHPLPG00070837 | OHPLPG00070838 |
| 363 | OHPLPG00070839 | OHPLPG00070840 |
| 364 | OHPLPG00070841 | OHPLPG00070841 |
| 365 | OHPLPG00070842 | OHPLPG00070842 |
| 366 | OHPLPG00070843 | OHPLPG00070847 |
| 367 | OHPLPG00070848 | OHPLPG00070851 |
| 368 | OHPLPG00070852 | OHPLPG00070853 |

| | | |
|---|---|---|
| 369 | OHPLPG00070854 | OHPLPG00070855 |
| 370 | OHPLPG00070856 | OHPLPG00070857 |
| 371 | OHPLPG00070858 | OHPLPG00070858 |
| 372 | OHPLPG00070859 | OHPLPG00070859 |
| 373 | OHPLPG00070860 | OHPLPG00070916 |
| 374 | OHPLPG00070917 | OHPLPG00070980 |
| 375 | OHPLPG00070981 | OHPLPG00071042 |
| 376 | OHPLPG00071043 | OHPLPG00071104 |
| 377 | OHPLPG00071105 | OHPLPG00071105 |
| 378 | OHPLPG00071106 | OHPLPG00071167 |
| 379 | OHPLPG00071168 | OHPLPG00071174 |
| 380 | OHPLPG00071175 | OHPLPG00071177 |
| 381 | OHPLPG00071178 | OHPLPG00071180 |
| 382 | OHPLPG00071181 | OHPLPG00071183 |
| 383 | OHPLPG00071184 | OHPLPG00071185 |
| 384 | OHPLPG00071186 | OHPLPG00071211 |
| 385 | OHPLPG00071212 | OHPLPG00071266 |
| 386 | OHPLPG00071267 | OHPLPG00071269 |
| 387 | OHPLPG00071270 | OHPLPG00071272 |
| 388 | OHPLPG00071273 | OHPLPG00071275 |
| 389 | OHPLPG00071276 | OHPLPG00071277 |
| 390 | OHPLPG00071278 | OHPLPG00071279 |
| 391 | OHPLPG00071280 | OHPLPG00071280 |
| 392 | OHPLPG00071281 | OHPLPG00071281 |
| 393 | OHPLPG00071282 | OHPLPG00071284 |
| 394 | OHPLPG00071285 | OHPLPG00071286 |
| 395 | OHPLPG00071287 | OHPLPG00071287 |
| 396 | OHPLPG00071288 | OHPLPG00071288 |
| 397 | OHPLPG00071289 | OHPLPG00071367 |
| 398 | OHPLPG00071368 | OHPLPG00071371 |
| 399 | OHPLPG00071372 | OHPLPG00071375 |
| 400 | OHPLPG00071376 | OHPLPG00071378 |
| 401 | OHPLPG00071379 | OHPLPG00071380 |
| 402 | OHPLPG00071381 | OHPLPG00071382 |
| 403 | OHPLPG00071383 | OHPLPG00071384 |
| 404 | OHPLPG00071385 | OHPLPG00071386 |
| 405 | OHPLPG00071387 | OHPLPG00071387 |
| 406 | OHPLPG00071388 | OHPLPG00071396 |
| 407 | OHPLPG00071397 | OHPLPG00071397 |
| 408 | OHPLPG00071398 | OHPLPG00071406 |
| 409 | OHPLPG00071407 | OHPLPG00071414 |

| | | |
|---|---|---|
| 410 | OHPLPG00071415 | OHPLPG00071417 |
| 411 | OHPLPG00071418 | OHPLPG00071425 |
| 412 | OHPLPG00071426 | OHPLPG00071445 |
| 413 | OHPLPG00071446 | OHPLPG00071453 |
| 414 | OHPLPG00071454 | OHPLPG00071460 |
| 415 | OHPLPG00071461 | OHPLPG00071467 |
| 416 | OHPLPG00071468 | OHPLPG00071469 |
| 417 | OHPLPG00071470 | OHPLPG00071549 |
| 418 | OHPLPG00071550 | OHPLPG00071618 |
| 419 | OHPLPG00071619 | OHPLPG00071624 |
| 420 | OHPLPG00071625 | OHPLPG00071629 |
| 421 | OHPLPG00071630 | OHPLPG00071751 |
| 422 | OHPLPG00071752 | OHPLPG00071758 |
| 423 | OHPLPG00071759 | OHPLPG00071765 |
| 424 | OHPLPG00071766 | OHPLPG00071771 |
| 425 | OHPLPG00071772 | OHPLPG00071777 |
| 426 | OHPLPG00071778 | OHPLPG00071782 |
| 427 | OHPLPG00071783 | OHPLPG00071787 |
| 428 | OHPLPG00071788 | OHPLPG00071789 |
| 429 | OHPLPG00071790 | OHPLPG00071791 |
| 430 | OHPLPG00071792 | OHPLPG00071812 |
| 431 | OHPLPG00071813 | OHPLPG00071915 |
| 432 | OHPLPG00071916 | OHPLPG00071917 |
| 433 | OHPLPG00071918 | OHPLPG00071922 |
| 434 | OHPLPG00071923 | OHPLPG00071923 |
| 435 | OHPLPG00071924 | OHPLPG00071924 |
| 436 | OHPLPG00071925 | OHPLPG00071928 |
| 437 | OHPLPG00071929 | OHPLPG00071956 |
| 438 | OHPLPG00071957 | OHPLPG00071967 |
| 439 | OHPLPG00071968 | OHPLPG00071976 |
| 440 | OHPLPG00071977 | OHPLPG00071984 |
| 441 | OHPLPG00071985 | OHPLPG00071990 |
| 442 | OHPLPG00071991 | OHPLPG00071998 |
| 443 | OHPLPG00071999 | OHPLPG00072006 |
| 444 | OHPLPG00072007 | OHPLPG00072013 |
| 445 | OHPLPG00072014 | OHPLPG00072020 |
| 446 | OHPLPG00072021 | OHPLPG00072026 |
| 447 | OHPLPG00072027 | OHPLPG00072049 |
| 448 | OHPLPG00072050 | OHPLPG00072060 |
| 449 | OHPLPG00072061 | OHPLPG00072064 |
| 450 | OHPLPG00072065 | OHPLPG00072068 |

| | | |
|---|---|---|
| 451 | OHPLPG00072069 | OHPLPG00072071 |
| 452 | OHPLPG00072072 | OHPLPG00072074 |
| 453 | OHPLPG00072075 | OHPLPG00072078 |
| 454 | OHPLPG00072079 | OHPLPG00072108 |
| 455 | OHPLPG00072109 | OHPLPG00072137 |
| 456 | OHPLPG00072138 | OHPLPG00072139 |
| 457 | OHPLPG00072140 | OHPLPG00072141 |
| 458 | OHPLPG00072142 | OHPLPG00072142 |
| 459 | OHPLPG00072143 | OHPLPG00072143 |
| 460 | OHPLPG00072144 | OHPLPG00072157 |
| 461 | OHPLPG00072158 | OHPLPG00072171 |
| 462 | OHPLPG00072172 | OHPLPG00072173 |
| 463 | OHPLPG00072174 | OHPLPG00072175 |
| 464 | OHPLPG00072176 | OHPLPG00072177 |
| 465 | OHPLPG00072178 | OHPLPG00072178 |
| 466 | OHPLPG00072179 | OHPLPG00072213 |
| 467 | OHPLPG00072214 | OHPLPG00072217 |
| 468 | OHPLPG00072218 | OHPLPG00072221 |
| 469 | OHPLPG00072222 | OHPLPG00072230 |
| 470 | OHPLPG00072231 | OHPLPG00072233 |
| 471 | OHPLPG00072234 | OHPLPG00072236 |
| 472 | OHPLPG00072237 | OHPLPG00072330 |
| 473 | OHPLPG00072331 | OHPLPG00072332 |
| 474 | OHPLPG00072333 | OHPLPG00072333 |
| 475 | OHPLPG00072334 | OHPLPG00072335 |
| 476 | OHPLPG00072336 | OHPLPG00072660 |
| 477 | OHPLPG00072661 | OHPLPG00072661 |
| 478 | OHPLPG00072662 | OHPLPG00072990 |
| 479 | OHPLPG00072991 | OHPLPG00072992 |
| 480 | OHPLPG00072993 | OHPLPG00072994 |
| 481 | OHPLPG00072995 | OHPLPG00072995 |
| 482 | OHPLPG00072996 | OHPLPG00072996 |
| 483 | OHPLPG00072997 | OHPLPG00072997 |
| 484 | OHPLPG00072998 | OHPLPG00072998 |
| 485 | OHPLPG00072999 | OHPLPG00072999 |
| 486 | OHPLPG00073000 | OHPLPG00073000 |
| 487 | OHPLPG00073001 | OHPLPG00073001 |
| 488 | OHPLPG00073002 | OHPLPG00073003 |
| 489 | OHPLPG00073004 | OHPLPG00073005 |
| 490 | OHPLPG00073006 | OHPLPG00073007 |
| 491 | OHPLPG00073008 | OHPLPG00073009 |

| | | |
|---|---|---|
| 492 | OHPLPG00073010 | OHPLPG00073012 |
| 493 | OHPLPG00073013 | OHPLPG00073015 |
| 494 | OHPLPG00073016 | OHPLPG00073018 |
| 495 | OHPLPG00073019 | OHPLPG00073021 |
| 496 | OHPLPG00073022 | OHPLPG00073024 |
| 497 | OHPLPG00073025 | OHPLPG00073026 |
| 498 | OHPLPG00073027 | OHPLPG00073028 |
| 499 | OHPLPG00073029 | OHPLPG00073029 |
| 500 | OHPLPG00073030 | OHPLPG00073030 |
| 501 | OHPLPG00073031 | OHPLPG00073031 |
| 502 | OHPLPG00073032 | OHPLPG00073035 |
| 503 | OHPLPG00073036 | OHPLPG00073037 |
| 504 | OHPLPG00073038 | OHPLPG00073039 |
| 505 | OHPLPG00073040 | OHPLPG00073041 |
| 506 | OHPLPG00073042 | OHPLPG00073043 |
| 507 | OHPLPG00073044 | OHPLPG00073072 |
| 508 | OHPLPG00073073 | OHPLPG00073075 |
| 509 | OHPLPG00073076 | OHPLPG00073113 |
| 510 | OHPLPG00073114 | OHPLPG00073125 |
| 511 | OHPLPG00073126 | OHPLPG00073128 |
| 512 | OHPLPG00073129 | OHPLPG00073131 |
| 513 | OHPLPG00073132 | OHPLPG00073133 |
| 514 | OHPLPG00073134 | OHPLPG00073144 |
| 515 | OHPLPG00073145 | OHPLPG00073154 |
| 516 | OHPLPG00073155 | OHPLPG00073164 |
| 517 | OHPLPG00073165 | OHPLPG00073174 |
| 518 | OHPLPG00073175 | OHPLPG00073175 |
| 519 | OHPLPG00073176 | OHPLPG00073201 |
| 520 | OHPLPG00073202 | OHPLPG00073207 |
| 521 | OHPLPG00073208 | OHPLPG00073213 |
| 522 | OHPLPG00073214 | OHPLPG00073217 |
| 523 | OHPLPG00073218 | OHPLPG00073221 |
| 524 | OHPLPG00073222 | OHPLPG00073224 |
| 525 | OHPLPG00073225 | OHPLPG00073227 |
| 526 | OHPLPG00073228 | OHPLPG00073230 |
| 527 | OHPLPG00073231 | OHPLPG00073232 |
| 528 | OHPLPG00073233 | OHPLPG00073234 |
| 529 | OHPLPG00073235 | OHPLPG00073235 |
| 530 | OHPLPG00073236 | OHPLPG00073236 |
| 531 | OHPLPG00073237 | OHPLPG00073237 |
| 532 | OHPLPG00073238 | OHPLPG00073244 |

| | | |
|---|---|---|
| 533 | OHPLPG00073245 | OHPLPG00073304 |
| 534 | OHPLPG00073305 | OHPLPG00073308 |

-14-