Message

---

**From**: Tony Diab [tony@coastprocessing.com]
**on behalf of** Tony Diab <tony@coastprocessing.com> [tony@coastprocessing.com]
**Sent**: 12/15/2020 5:33:37 AM
**To**: Kevin Yu [kevin.yu93@gmail.com]
**Subject**: Re: Discussion of entity type and domicile

Hi Kevin -

There is no aversion to Delaware. That jurisdiction is typically sought by entities that are or might someday be traded on an exchange. For obvious reasons that can never happen with the entity we are creating. The advantages to DE are otherwise non-existent from my perspective, but I am open to any jurisdiction to be honest. We are most comfortable with NV where we know the laws and also have no state income tax, but we would consider any jurisdiction in which we could qualify to state income tax avoidance. I think a phone call makes sense, what is a good time to speak tomorrow?

Thanks!

On Mon, Dec 14, 2020 at 2:42 PM Kevin Yu <kevin.yu93@gmail.com> wrote:
Hi Tony,

Following up on my text message. Give me a call when you have a chance. Just wanted to see if there was any further context to the venue preferences, and in particular, you could better articulate the preference to avoid Delaware. Again, I'm sure it's our lawyers being overzealous and making sure all of our bases are covered, they just thought it was a bit strange as Delaware has generally been our de facto venue and we haven't previously experienced much pushback.

Thanks,



Kevin Yu
kevin.yu93@gmail.com
(512) 888-8897


On Thu, Dec 10, 2020 at 4:28 PM Tony Diab <tony@coastprocessing.com> wrote:
Hi Kevin -

Our preference is a Nevada LLC if we are going the LLC route. In Texas, we would prefer a corporation. We prefer to avoid Delaware.

Thanks!

On Thu, Dec 10, 2020 at 2:00 PM Kevin Yu <kevin.yu93@gmail.com> wrote:
Hey Tony,

Quick update, I believe our counsel is familiarizing themselves with Nevada laws to make sure everyone's interests are equally protected. In the meantime, do I remember correctly that y'all would be open to a Texas

EXHIBIT 524

OHPLPG00073222

LLC as well? Our counsel is definitely more familiar with Texas than Nevada so that'd greatly speed up their due diligence and be our preference if Delaware doesn't work for y'all.

Kevin Yu
kevin.yu93@gmail.com
(512) 888-8897

On Tue, Dec 8, 2020 at 12:11 AM Tony Diab <tony@coastprocessing.com> wrote:
Hi Andrew -

C corporations have formal shareholder rights which offer greater protection to the interested parties.  We are happy to proceed with a Nevada LLC based on our familiarity, but in any other state we would want a C corporation to ensure greater protection of Brian and Asante's rights as (majority) shareholders.  Would you be open to a Nevada LLC?  Asante has property in Nevada and spends enough time to qualify as a Nevada resident, and BAT LLC, a Nevada limited liability company, has already been formed.

Thanks!

On Mon, Dec 7, 2020 at 3:25 PM Rosell, Andrew <arosell@winstead.com> wrote:

Tony,

It might be more efficient for your counsel and you to email the basic rationale for a c-corp.  Given the tax cost associated with c-corp status, the rationale for a c-corp isn't immediately apparent.

Thanks,

Andrew

**Andrew J. Rosell,** Shareholder

Winstead PC  |  300 Throckmorton Street, Suite 1700  |  Fort Worth, Texas 76102

817.420.8261 *direct*

**From:** Kevin Yu <kevin.yu93@gmail.com>
**Sent:** Monday, December 7, 2020 5:10 PM
**To:** Tony Diab <tony@coastprocessing.com>; Allen, Ben <ballen@winstead.com>; Rosell, Andrew <arosell@winstead.com>; Adam Blum <AdamBlum@aol.com>
**Subject:** Discussion of entity type and domicile

Hi Tony,

OHPLPG00073223

Wanted to connect y'all to our counsel at Winstead and set up a call sometime this week to discuss what entity type and state to set up our PurchaseCo.

If everybody could toss out some potential times, we can get something on the calendar. Thanks.

Kevin Yu

kevin.yu93@gmail.com

(512) 888-8897

---

Information contained in this transmission is attorney privileged and confidential. It is intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone.

--
Coast Processing
1351 Calle Avanzado
Suite 2
San Clemente, CA 92673
949.229.6262, ext. 1013
tony@coastprocessing.com

--
Coast Processing
1351 Calle Avanzado
Suite 2
San Clemente, CA 92673
949.229.6262, ext. 1013
tony@coastprocessing.com

--
Coast Processing
1351 Calle Avanzado
Suite 2
San Clemente, CA 92673
949.229.6262, ext. 1013
tony@coastprocessing.com

OHPLPG00073224

Message

| | |
|---|---|
| **From**: | Kevin Yu [kevin.yu93@gmail.com] |
| on behalf of | Kevin Yu <kevin.yu93@gmail.com> [kevin.yu93@gmail.com] |
| **Sent**: | 12/14/2020 10:41:54 PM |
| **To**: | Tony Diab [tony@coastprocessing.com] |
| **Subject**: | Re: Discussion of entity type and domicile |

Hi Tony,

Following up on my text message. Give me a call when you have a chance. Just wanted to see if there was any further context to the venue preferences, and in particular, you could better articulate the preference to avoid Delaware. Again, I'm sure it's our lawyers being overzealous and making sure all of our bases are covered, they just thought it was a bit strange as Delaware has generally been our de facto venue and we haven't previously experienced much pushback.

Thanks,



Kevin Yu
kevin.yu93@gmail.com
(512) 888-8897


On Thu, Dec 10, 2020 at 4:28 PM Tony Diab <tony@coastprocessing.com> wrote:
Hi Kevin -

Our preference is a Nevada LLC if we are going the LLC route.  In Texas, we would prefer a corporation.  We prefer to avoid Delaware.

Thanks!

On Thu, Dec 10, 2020 at 2:00 PM Kevin Yu <kevin.yu93@gmail.com> wrote:
Hey Tony,

Quick update, I believe our counsel is familiarizing themselves with Nevada laws to make sure everyone's interests are equally protected. In the meantime, do I remember correctly that y'all would be open to a Texas LLC as well? Our counsel is definitely more familiar with Texas than Nevada so that'd greatly speed up their due diligence and be our preference if Delaware doesn't work for y'all.


Kevin Yu
kevin.yu93@gmail.com
(512) 888-8897


On Tue, Dec 8, 2020 at 12:11 AM Tony Diab <tony@coastprocessing.com> wrote:
Hi Andrew -

EXHIBIT 525

C corporations have formal shareholder rights which offer greater protection to the interested parties.  We are happy to proceed with a Nevada LLC based on our familiarity, but in any other state we would want a C corporation to ensure greater protection of Brian and Asante's rights as (majority) shareholders.  Would you be open to a Nevada LLC?  Asante has property in Nevada and spends enough time to qualify as a Nevada resident, and BAT LLC, a Nevada limited liability company, has already been formed.

Thanks!

On Mon, Dec 7, 2020 at 3:25 PM Rosell, Andrew <arosell@winstead.com> wrote:

> Tony,
>
> It might be more efficient for your counsel and you to email the basic rationale for a c-corp.  Given the tax cost associated with c-corp status, the rationale for a c-corp isn't immediately apparent.
>
> Thanks,
>
> Andrew
>
>
>
> **Andrew J. Rosell,** Shareholder
>
> Winstead PC  |  300 Throckmorton Street, Suite 1700  |  Fort Worth, Texas 76102
>
> 817.420.8261 *direct*
>
>
>
> **From:** Kevin Yu <kevin.yu93@gmail.com>
> **Sent:** Monday, December 7, 2020 5:10 PM
> **To:** Tony Diab <tony@coastprocessing.com>; Allen, Ben <ballen@winstead.com>; Rosell, Andrew <arosell@winstead.com>; Adam Blum <AdamBlum@aol.com>
> **Subject:** Discussion of entity type and domicile
>
> Hi Tony,
>
> Wanted to connect y'all to our counsel at Winstead and set up a call sometime this week to discuss what entity type and state to set up our PurchaseCo.
>
> If everybody could toss out some potential times, we can get something on the calendar. Thanks.
>
>
>
> Kevin Yu
>
> kevin.yu93@gmail.com
>
> (512) 888-8897

OHPLPG00073226

Information contained in this transmission is attorney privileged and confidential. It is intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone.

--
Coast Processing
1351 Calle Avanzado
Suite 2
San Clemente, CA 92673
949.229.6262, ext. 1013
tony@coastprocessing.com

--
Coast Processing
1351 Calle Avanzado
Suite 2
San Clemente, CA 92673
949.229.6262, ext. 1013
tony@coastprocessing.com

OHPLPG00073227

Message

**From:** Tony Diab [tony@coastprocessing.com]
**on behalf of** Tony Diab <tony@coastprocessing.com> [tony@coastprocessing.com]
**Sent:** 12/10/2020 10:27:45 PM
**To:** Kevin Yu [kevin.yu93@gmail.com]
**Subject:** Re: Discussion of entity type and domicile

Hi Kevin -

Our preference is a Nevada LLC if we are going the LLC route.  In Texas, we would prefer a corporation.  We prefer to avoid Delaware.

Thanks!

On Thu, Dec 10, 2020 at 2:00 PM Kevin Yu <kevin.yu93@gmail.com> wrote:
> Hey Tony,
>
> Quick update, I believe our counsel is familiarizing themselves with Nevada laws to make sure everyone's interests are equally protected. In the meantime, do I remember correctly that y'all would be open to a Texas LLC as well? Our counsel is definitely more familiar with Texas than Nevada so that'd greatly speed up their due diligence and be our preference if Delaware doesn't work for y'all.
>
>
> Kevin Yu
> kevin.yu93@gmail.com
> (512) 888-8897
>
>
> On Tue, Dec 8, 2020 at 12:11 AM Tony Diab <tony@coastprocessing.com> wrote:
>> Hi Andrew -
>>
>> C corporations have formal shareholder rights which offer greater protection to the interested parties.  We are happy to proceed with a Nevada LLC based on our familiarity, but in any other state we would want a C corporation to ensure greater protection of Brian and Asante's rights as (majority) shareholders.  Would you be open to a Nevada LLC?  Asante has property in Nevada and spends enough time to qualify as a Nevada resident, and BAT LLC, a Nevada limited liability company, has already been formed.
>>
>> Thanks!
>>
>> On Mon, Dec 7, 2020 at 3:25 PM Rosell, Andrew <arosell@winstead.com> wrote:
>>> Tony,
>>>
>>> It might be more efficient for your counsel and you to email the basic rationale for a c-corp.  Given the tax cost associated with c-corp status, the rationale for a c-corp isn't immediately apparent.
>>>
>>> Thanks,
>>>
>>> Andrew

EXHIBIT 526

OHPLPG00073228

**Andrew J. Rosell,** Shareholder

Winstead PC  |  300 Throckmorton Street, Suite 1700  |  Fort Worth, Texas 76102

817.420.8261 *direct*

**From:** Kevin Yu <kevin.yu93@gmail.com>
**Sent:** Monday, December 7, 2020 5:10 PM
**To:** Tony Diab <tony@coastprocessing.com>; Allen, Ben <ballen@winstead.com>; Rosell, Andrew
<arosell@winstead.com>; Adam Blum <AdamBlum@aol.com>
**Subject:** Discussion of entity type and domicile

Hi Tony,

Wanted to connect y'all to our counsel at Winstead and set up a call sometime this week to discuss what
entity type and state to set up our PurchaseCo.

If everybody could toss out some potential times, we can get something on the calendar. Thanks.

Kevin Yu
kevin.yu93@gmail.com
(512) 888-8897

Information contained in this transmission is attorney privileged and confidential. It is intended for the use of the individual or entity named above. If the reader
of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If
you have received this communication in error, please immediately notify us by telephone.

--
Coast Processing
1351 Calle Avanzado
Suite 2
San Clemente, CA 92673
949.229.6262, ext. 1013
tony@coastprocessing.com

--

OHPLPG00073229

Coast Processing
1351 Calle Avanzado
Suite 2
San Clemente, CA 92673
949.229.6262, ext. 1013
tony@coastprocessing.com

OHPLPG00073230

Message

| | |
|---|---|
| **From**: | Kevin Yu [kevin.yu93@gmail.com] |
| on behalf of | Kevin Yu <kevin.yu93@gmail.com> [kevin.yu93@gmail.com] |
| **Sent**: | 12/10/2020 10:00:12 PM |
| **To**: | Tony Diab [tony@coastprocessing.com] |
| **Subject**: | Re: Discussion of entity type and domicile |

Hey Tony,

Quick update, I believe our counsel is familiarizing themselves with Nevada laws to make sure everyone's interests are equally protected. In the meantime, do I remember correctly that y'all would be open to a Texas LLC as well? Our counsel is definitely more familiar with Texas than Nevada so that'd greatly speed up their due diligence and be our preference if Delaware doesn't work for y'all.

Kevin Yu
kevin.yu93@gmail.com
(512) 888-8897

On Tue, Dec 8, 2020 at 12:11 AM Tony Diab <tony@coastprocessing.com> wrote:
  Hi Andrew -

  C corporations have formal shareholder rights which offer greater protection to the interested parties.  We are happy to proceed with a Nevada LLC based on our familiarity, but in any other state we would want a C corporation to ensure greater protection of Brian and Asante's rights as (majority) shareholders.  Would you be open to a Nevada LLC?  Asante has property in Nevada and spends enough time to qualify as a Nevada resident, and BAT LLC, a Nevada limited liability company, has already been formed.

  Thanks!

  On Mon, Dec 7, 2020 at 3:25 PM Rosell, Andrew <arosell@winstead.com> wrote:

    Tony,

    It might be more efficient for your counsel and you to email the basic rationale for a c-corp.  Given the tax cost associated with c-corp status, the rationale for a c-corp isn't immediately apparent.

    Thanks,

    Andrew

    **Andrew J. Rosell,** Shareholder

    Winstead PC  |  300 Throckmorton Street, Suite 1700  |  Fort Worth, Texas 76102
    817.420.8261 *direct*

EXHIBIT 527

OHPLPG00073231

**From:** Kevin Yu <kevin.yu93@gmail.com>
**Sent:** Monday, December 7, 2020 5:10 PM
**To:** Tony Diab <tony@coastprocessing.com>; Allen, Ben <ballen@winstead.com>; Rosell, Andrew <arosell@winstead.com>; Adam Blum <AdamBlum@aol.com>
**Subject:** Discussion of entity type and domicile

Hi Tony,

Wanted to connect y'all to our counsel at Winstead and set up a call sometime this week to discuss what entity type and state to set up our PurchaseCo.

If everybody could toss out some potential times, we can get something on the calendar. Thanks.

Kevin Yu

kevin.yu93@gmail.com

(512) 888-8897

Information contained in this transmission is attorney privileged and confidential. It is intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone.

--
Coast Processing
1351 Calle Avanzado
Suite 2
San Clemente, CA 92673
949.229.6262, ext. 1013
tony@coastprocessing.com

OHPLPG00073232

Message

---

| | |
|---|---|
| **From**: | Tony Diab [tony@coastprocessing.com] |
| on behalf of | Tony Diab <tony@coastprocessing.com> [tony@coastprocessing.com] |
| **Sent**: | 12/8/2020 6:11:19 AM |
| **To**: | Rosell, Andrew [arosell@winstead.com] |
| **CC**: | Adam Blum [AdamBlum@aol.com]; Kevin Yu [kevin.yu93@gmail.com]; Allen, Ben [ballen@winstead.com] |
| **Subject**: | Re: Discussion of entity type and domicile |

Hi Andrew -

C corporations have formal shareholder rights which offer greater protection to the interested parties.  We are happy to proceed with a Nevada LLC based on our familiarity, but in any other state we would want a C corporation to ensure greater protection of Brian and Asante's rights as (majority) shareholders.  Would you be open to a Nevada LLC?  Asante has property in Nevada and spends enough time to qualify as a Nevada resident, and BAT LLC, a Nevada limited liability company, has already been formed.

Thanks!

On Mon, Dec 7, 2020 at 3:25 PM Rosell, Andrew <arosell@winstead.com> wrote:

> Tony,
>
> It might be more efficient for your counsel and you to email the basic rationale for a c-corp.  Given the tax cost associated with c-corp status, the rationale for a c-corp isn't immediately apparent.
>
> Thanks,
>
> Andrew
>
>
>
> **Andrew J. Rosell,** Shareholder
> Winstead PC  |  300 Throckmorton Street, Suite 1700  |  Fort Worth, Texas 76102
> 817.420.8261 *direct*
>
>
> **From:** Kevin Yu <kevin.yu93@gmail.com>
> **Sent:** Monday, December 7, 2020 5:10 PM
> **To:** Tony Diab <tony@coastprocessing.com>; Allen, Ben <ballen@winstead.com>; Rosell, Andrew <arosell@winstead.com>; Adam Blum <AdamBlum@aol.com>
> **Subject:** Discussion of entity type and domicile
>
>
> Hi Tony,

EXHIBIT 528

OHPLPG00073233

Wanted to connect y'all to our counsel at Winstead and set up a call sometime this week to discuss what entity type and state to set up our PurchaseCo.

If everybody could toss out some potential times, we can get something on the calendar. Thanks.

Kevin Yu

kevin.yu93@gmail.com

(512) 888-8897

---

Information contained in this transmission is attorney privileged and confidential. It is intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone.

--
Coast Processing
1351 Calle Avanzado
Suite 2
San Clemente, CA 92673
949.229.6262, ext. 1013
tony@coastprocessing.com

OHPLPG00073234

Message

---

| **From**: | Rosell, Andrew [arosell@winstead.com] |
| on behalf of | Rosell, Andrew <arosell@winstead.com> [arosell@winstead.com] |
| **Sent**: | 12/7/2020 11:25:25 PM |
| **To**: | Tony Diab [tony@coastprocessing.com] |
| **CC**: | Adam Blum [AdamBlum@aol.com]; Kevin Yu [kevin.yu93@gmail.com]; Allen, Ben [ballen@winstead.com] |
| **Subject**: | RE: Discussion of entity type and domicile |

---

Tony,

It might be more efficient for your counsel and you to email the basic rationale for a c-corp.  Given the tax cost associated with c-corp status, the rationale for a c-corp isn't immediately apparent.

Thanks,

Andrew


**Andrew J. Rosell,** Shareholder
Winstead PC  |  300 Throckmorton Street, Suite 1700  |  Fort Worth, Texas 76102
817.420.8261 *direct*


**From:** Kevin Yu <kevin.yu93@gmail.com>
**Sent:** Monday, December 7, 2020 5:10 PM
**To:** Tony Diab <tony@coastprocessing.com>; Allen, Ben <ballen@winstead.com>; Rosell, Andrew <arosell@winstead.com>; Adam Blum <AdamBlum@aol.com>
**Subject:** Discussion of entity type and domicile

Hi Tony,

Wanted to connect y'all to our counsel at Winstead and set up a call sometime this week to discuss what entity type and state to set up our PurchaseCo.

If everybody could toss out some potential times, we can get something on the calendar. Thanks.


Kevin Yu
kevin.yu93@gmail.com
(512) 888-8897

---

Information contained in this transmission is attorney privileged and confidential. It is intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone.

EXHIBIT 529

OHPLPG00073235

Message

| | |
|---|---|
| **From**: | Kevin Yu [kevin.yu93@gmail.com] |
| on behalf of | Kevin Yu <kevin.yu93@gmail.com> [kevin.yu93@gmail.com] |
| **Sent**: | 12/7/2020 11:10:11 PM |
| **To**: | Tony Diab [tony@coastprocessing.com]; Allen, Ben [ballen@winstead.com]; Rosell, Andrew [arosell@winstead.com]; Adam Blum [AdamBlum@aol.com] |
| **Subject**: | Discussion of entity type and domicile |

Hi Tony,

Wanted to connect y'all to our counsel at Winstead and set up a call sometime this week to discuss what entity type and state to set up our PurchaseCo.

If everybody could toss out some potential times, we can get something on the calendar. Thanks.


Kevin Yu
kevin.yu93@gmail.com
(512) 888-8897

EXHIBIT 530

OHPLPG00073236



11:05

**TD**

Tony ›

iMessage
Feb 7, 2023 at 11:00 AM

Hi Adam - Can you forward the final, executed documents to tony@CP? I will get everything handled this morning re amendment

Dan Young sending it over

Confirm when received

Received, thanks!

Thanks

Delivered



Subject

iMessage

EXHIBIT 531

OHPLPG00073237



EXHIBIT 532

OHPLPG00073238















EXHIBIT 533                                                                                    OHPLPG00073245





OHPLPG00073247









OHPLPG00073251



would have to seek a court order

Is there an access level that has input ability but not approval rights?

If not I think it's probably preferable that we execute the daca as is then agree to a process outside the banks. A bit out of my depth here I'll loop in Madelyn.

No. Any access that can enter a wire can approve a wire. Has to be two logins used but that level is account holder – would be OHP if exercised

So there is a notion of dual authorization for any movement of money?

1 Reply

Can we then, in case of exercise, make LPG need dual authorization but ohp need only single authorization?

1 Reply





OHPLPG00073254



OHPLPG00073255





Fridays. My guess is we will get this week caught up by Thursday, then next Friday will be much smaller because of smaller client debits this week.

Is that a this week thing only or is this gonna happen every payroll week?

Can y'all get on track at some point? We'd be happy to receive payments early lol.

As in have the full payment fulfilled by the Friday instead of being a week behind?

We will run behind on payroll weeks. I think it makes sense to run ahead on non-payroll weeks to compensate. Next week will be catch up, then we can see

Paying early also helps facilitate file purchase so it makes sense

It's really just having an extra half a mil in the bank to float the timing of cash flows right?



OHPLPG00073258



OHPLPG00073259



OHPLPG00073260





OHPLPG00073262





OHPLPG00073264



20?

They need to net $31k. Is there a way to do that?

Let me look at my pricing. I was pretty aggressive in their favor already. But I just can't justify some of these low fee/long term/ high debt files that have super long paybacks AND cost a lot. Like I get the idea of not losing a sale but those need to be on residual, there's no point in us shouldering that much risk to make a 1.5x over 5 years when other files will do more in 2.

There has to he some balance where we support the growing affiliates so there are more files on the shelf to choose from. If we cherry pick the best files and the affiliate leaves, we lose in the end. Perhaps a divergence in the interests of LPG in contrast to file purchasers

Nov 2, 2022 at 8:04 AM

We can do 31 today. I'll follow up with Kyle to get the Psa signed for

iMessage

OHPLPG00073265



OHPLPG00073266









OHPLPG00073270



OHPLPG00073271



OHPLPG00073272



OHPLPG00073273



OHPLPG00073274



OHPLPG00073275





OHPLPG00073277



OHPLPG00073278







OHPLPG00073281



8:25

TD

Tony >

...that right?

1 Reply

Can you tell han or someone to get on that? Everyone's just sitting around and it's basically wasting resources cuz they're willing to help.

If we can get that then we can turn on payment processing again.

Should we also be trying to negotiate with mb?

Well let's get to work on securing that right?

Yes, they were requested from clients already. Waiting on emails from clients.

Should we also be trying to negotiate with mb?

To get them to stop temporarily?

Or threaten them?

iMessage



OHPLPG00073283



OHPLPG00073284





OHPLPG00073286



OHPLPG00073287



OHPLPG00073288



OHPLPG00073289



OHPLPG00073290









OHPLPG00073294



Also we didn't discuss, but do you have the buyout or settlement agreements for the front ends you bought the residuals from.

On our end we'll consult with lawyers but we don't think we can reduce LPGs obligation to us while the bankruptcies active but we can certainly reduce the guarantee in the meantime then discuss how else to treat the $2 mil when the rest of that gets cleared up.

Got it, I will work on this.

Tue, May 2 at 11:14 AM

Sorry meeting went real long headed over now.

What's Hans number is she still here?

Tue, May 9 at 7:07 AM

Tony what happened to the wire last week? Did the expected cash not come in? This is why we need that visibility into bank accounts and payment processors.

iMessage



OHPLPG00073296





OHPLPG00073298



OHPLPG00073299







OHPLPG00073302



OHPLPG00073303



**Sunflower Bank** 1870    **Guardian Mortgage**

3025 Cortland Circle | Salina, KS 67401
888-827-5564

PURCHASECO80 LLC
303 COLORADO ST STE 2550
AUSTIN TX 78701-0023

**IMPORTANT ACCOUNT INFORMATION**

There are no important updates for your account
included with this statement.

## CHECKING SUMMARY - ********1392

| | | |
|---|---|---|
| Previous Balance | | 0.00 |
| Deposits/Credits | 17 | 8,106,927.20 + |
| Checks/Debits | 44 | 7,626,758.43 - |
| Service Charge | | 0.00 - |
| Interest Paid | | 0.00 + |
| Current Statement Balance | | 480,168.77 |
| Days in Statement Period: | | |

### Deposits

| Posted | Description | Amount |
|---|---|---|
| 09/02/22 | INCOMING WIRE 59755969 AZEVEDO SOLUTIONS GROUP OW00002486832 967 121000248 WELLS FARGO SF | 1,800.00 |
| 09/02/22 | INCOMING WIRE 59757410 THE LIT IGATION PRACTICE GROUP PC ATS OF 22/09/02 021000021 JPMORGAN | 1,300.00 |
| 09/02/22 | IN PERSON TRANSFER FROM #7900 PER█████EN 6941 | 6,372,532.80 |
| 09/02/22 | IN PERSON TRANSFER FROM #7900 PER█████EN 6941 | 22,000.00 |
| 09/09/22 | INCOMING WIRE 59892193 THE LIT IGATION PRACTICE GROUP PC ATS OF 22/09/09 021000021 JPMORGAN | 71,331.09 |
| 09/09/22 | PHONE TRNSFR CR | 404,000.00 |
| 09/12/22 | TRANSFER FROM CHECKING 79 RF#151948003009 091222 | 43,994.68 |
| 09/14/22 | TRANSFER FROM CHECKING 79 RF#105435006917 091422 | 213,596.34 |
| 09/14/22 | TRANSFER FROM CHECKING 79 RF#111132006963 091422 | 39,886.54 |
| 09/14/22 | TRANSFER FROM CHECKING 79 RF#145307007488 091422 | 2,728.91 |
| 09/14/22 | TRANSFER FROM CHECKING 22 RF#152630007556 091422 | 300,000.00 |
| 09/20/22 | INCOMING WIRE 60134783 THE LIT IGATION PRACTICE GROUP PC ATS OF 22/09/20 021000021 JPMORGAN | 132,911.60 |
| 09/21/22 | INCOMING WIRE 60173414 NEW HOR IZON FINANCE LLC BPL OF 22/09/ 21 021000021 JPMORGAN CHASE | 39,886.54 |
| 09/22/22 | INCOMING WIRE 60208361 THE LIT IGATION PRACTICE GROUP PC ATS OF 22/09/22 021000021 JPMORGAN | 298,933.78 |
| 09/23/22 | INCOMING WIRE 60228688 THE LIT IGATION PRACTICE GROUP PC ATS OF 22/09/23 021000021 JPMORGAN | 100,000.00 |
| 09/30/22 | INCOMING WIRE 60428360 THE LIT IGATION PRACTICE GROUP PC ATS OF 22/09/30 021000021 JPMORGAN | 58,024.92 |
| 09/30/22 | TRANSFER FROM CHECKING 79 RF#120740012606 093022 | 4,000.00 |

Sunflower Bank 1870 and Guardian Mortgage are divisions of Sunflower Bank, N.A.

EXHIBIT 534

OHPLPG00073305

FDIC  LENDER

3582    rev 03-21

## THIS FORM IS PROVIDED TO HELP YOU BALANCE AND RECONCILE YOUR ACCOUNT

| OUTSTANDING CHECKS | |
|---|---|
| NUMBER | AMOUNT |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL |  |
| ENTER ON LINE 5 | |

1. Be Sure That Any Changes Or Automatic Deductions Shown On This Statement Have Been Subtracted From Your Checkbook Balance And That All Deposits, Loan Advances And Credits Shown On This Statement Have Been Added To Your Checkbook Balance.

| | |
|---|---|
| 2. Enter Final Balance Shown On This Statement. | |
| 3. Add The Total Of Deposits Not Credited On This Statement. | + |
| 4. Total of Lines 2 and 3. | |
| 5. Subtract Outstanding Check Total. | − |
| 6. Balance Should Agree With Your Checkbook Balance. | |

**IF YOUR ACCOUNT DOES NOT BALANCE - CHECK THE FOLLOWING CAREFULLY**

- Does The Amount Of Each Check Agree With The Amount Shown On The Statement And The Amount In Your Checkbook?
- Have You Checked All Additions And Subtractions In Your Checkbook?
- Have You Carried The Correct Balance Forward In Your Checkbook?
- Have All Checks Been Entered And Deducted From Your Checkbook Balances?
- Do All The Deposits And Cash Advances Entered In Your Checkbook Agree With Your Statement?
- Have You Entered All Service Charges And Automatic Payments In Your Checkbook?
- Have You Accurately Entered And Totaled All Outstanding Checks?

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

**Telephone us at 888.827.5564 or Write us at Sunflower Bank, N.A., P.O. Box 800, Salina, KS 67402-0800**

If you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt, please telephone us at the phone number, or write us at the address shown above.

Each month an account statement ("Monthly Statement") will be provided to you showing, among other things, all debits made by use of the Card(s). You need to review its Monthly Statement immediately upon receipt. If a receipt or Monthly Statement shows an unauthorized Transaction, or if it shows any other problem or error, you must notify Sunflower Bank, N.A. IMMEDIATELY, but in no event no later than ten (10) calendar days after the date of the Monthly Statement on which the unauthorized transaction, problem or error ("Dispute") FIRST appears or when you first discover the unauthorized transaction, problem or error, whichever is earlier. Disputes regarding any Card debit transactions must be communicated in writing to Sunflower Bank, N.A, at the address indicated above. Dispute documentation must include Customer name, Card number, dollar amount(s) of any Dispute, reference number, and a description of the Dispute. Business accounts do not receive provisional credit. Settlement of business accounts will be determined by the outcome of our investigation. If you do not notify Sunflower Bank, N.A. of a dispute, as noted above, you are absolutely barred from bringing any action against Sunflower Bank, N.A. that is in any way related to the Dispute.

### NOTICE FOR OVERDRAFT LINE OF CREDIT

A FINANCE CHARGE on Cash Advances will be imposed from the date of posting the transaction to your account. A FINANCE CHARGE will continue to accrue until the crediting of a payment to your account reducing the principal balance. Payments received before 3:00 p.m. CT will be credited to your account as of the date received providing payment is made in good funds. Payments not in collected funds may be subject to a delay in crediting of up to five (5) business days after the date of receipt. Transactions received after cut-off date will be recorded on the following statement.

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us (on a separate sheet) at Sunflower Bank, N.A., P.O. Box 800, Salina, KS 67402-0800 as soon as possible. Please provide us with the following information:

- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### PLEASE EXAMINE STATEMENT AT ONCE AND ADVISE PROMPTLY OF ANY EXCEPTIONS

OHPLPG00073306

Rev. 03/2021

**Sunflower Bank**
First National *1870*    **G** **Guardian**
**Mortgage**

3025 Cortland Circle | Salina, KS 67401
888-827-5564

ACCOUNT NUMBER: ********1392
STATEMENT DATE: 09/30/22
PAGE 2 OF 3

## Electronic Transactions

| Posted | Description | Amount |
|--------|-------------|-------:|
| 09/02/22 | IN PERSON TRANSFER TO #7900 PER ▓▓▓▓▓▓ EN 6941 | 127,721.02- |
| 09/02/22 | OUTGOING WIRE 408291 THE LITIG ATION PRACTICE GROUP PC UNION LA AKA UBOC | 6,244,811.78- |
| 09/09/22 | OUTGOING WIRE 409423 ▓▓▓▓▓▓ JPMCHASE | 39,918.62- |
| 09/09/22 | OUTGOING WIRE 409427 INTEGRITY DOCS FIFTH THIRD BK NA | 11,966.85- |
| 09/09/22 | OUTGOING WIRE 409425 SUMMIT MA RKETING SOLUTIONS INC BK AMER NYC | 110,366.93- |
| 09/09/22 | OUTGOING WIRE 409426 BONUS FIN ANCIAL FROUP FST REP BK SF | 15,990.04- |
| 09/09/22 | OUTGOING WIRE 409431 HOOD MARK ETING INC JPMCHASE | 19,825.82- |
| 09/09/22 | OUTGOING WIRE 409428 NADER SEP EHR UNION LA AKA UBOC | 8,926.98- |
| 09/09/22 | OUTGOING WIRE 409434 APRIL PAR RA JPMCHASE | 3,537.74- |
| 09/09/22 | OUTGOING WIRE 409432 GOFI LLC BK AMER NYC | 142,323.11- |
| 09/09/22 | OUTGOING WIRE 409572 BARYEH IN VESTMENT INC JPMORGAN CHASE BA NK, NA | 24,039.16- |
| 09/09/22 | OUTGOING WIRE 409471 MRD MARKE TING LLC WELLS FARGO NA | 52,000.00- |
| 09/12/22 | OUTGOING WIRE 409863 UNIFI BAN K OF AMERICA, N.A., CA | 19,955.52- |
| 09/12/22 | OUTGOING WIRE 409872 BAREYH IN VESTMENTS INC JPMORGAN CHASE B ANK, NA | 24,039.16- |
| 09/14/22 | OUTGOING WIRE 410287 GOFI LLC BANK OF AMERICA, N.A., NY | 213,596.34- |
| 09/14/22 | OUTGOING WIRE 410290 NEW HORIZ ON FINANCE LLC JPMORGAN CHASE BANK, NA | 39,886.54- |
| 09/14/22 | OUTGOING WIRE 410431 UNIFI LLC BANK OF AMERICA, N.A., CA | 2,728.91- |
| 09/15/22 | OUTGOING WIRE 410528 INTEGRITY DOCS FIFTH THIRD BANK, NATION AL ASS | 3,311.35- |
| 09/15/22 | OUTGOING WIRE 410529 UNIFI LLC BANK OF AMERICA, N.A., CA | 2,728.91- |
| 09/15/22 | OUTGOING WIRE 410530 NEW HORIZ ON FINANCE LLC JPMORGAN CHASE BANK, NA | 39,886.54- |
| 09/15/22 | OUTGOING WIRE 410531 SUMMIT MA RKETING SOLUTIONS INC BANK OF AMERICA, N.A., NY | 49,306.65- |
| 09/15/22 | OUTGOING WIRE 410543 RAUL YESC AS WELLS FARGO BANK, NA | 5,968.94- |
| 09/15/22 | OUTGOING WIRE 410545 NADER SEP EHR MUFG UNION BANK, NA | 27,323.17- |
| 09/15/22 | OUTGOING WIRE 410546 INTERMARK ETING MEDIA JPMORGAN CHASE BAN K, NA | 14,479.02- |
| 09/15/22 | OUTGOING WIRE 410548 PEACHTREE DEBT RELIEF JPMORGAN CHASE BA NK, NA | 41,627.74- |
| 09/15/22 | OUTGOING WIRE 410609 MRD MARKE TING LLC WELLS FARGO BANK, NA | 51,618.05- |
| 09/15/22 | OUTGOING WIRE 410610 APRIL PAR RA JPMORGAN CHASE BANK, NA | 25,091.70- |
| 09/15/22 | OUTGOING WIRE 410614 INTERMARK ETING MEDIA JPMORGAN CHASE BAN K, NA | 1,869.67- |
| 09/20/22 | OUTGOING WIRE 411567 OLD HICKO RY PARTNERS MANAGEMENT LP SUNF LOWER BANK NATIONAL ASSOCI | 4,000.00- |
| 09/22/22 | OUTGOING WIRE 412075 PERFECT F INANCIAL LLC DBA AMERICAS ZION S BANCORPORATION, NA DBA N | 15,178.59- |
| 09/23/22 | OUTGOING WIRE 412307 UNIFI LLC BANK OF AMERICA, N.A., CA | 1,973.11- |
| 09/23/22 | OUTGOING WIRE 412308 BARYEH IN VESTMENT INC JPMORGAN CHASE BA NK, NA | 16,044.31- |
| 09/23/22 | OUTGOING WIRE 412313 APRIL PAR RA JPMORGAN CHASE BANK, NA | 12,456.11- |
| 09/23/22 | OUTGOING WIRE 412315 INTERMARK ETING MEDIA JPMORGAN CHASE BAN K, NA | 19,505.90- |
| 09/23/22 | OUTGOING WIRE 412322 GOFI LLC BANK OF AMERICA, N.A., NY | 55,284.12- |
| 09/23/22 | OUTGOING WIRE 412323 MRD MARKE TING LLC WELLS FARGO BANK, NA | 33,036.91- |

OHPLPC000073307

FDIC    EQUAL HOUSING
LENDER



3025 Cortland Circle | Salina, KS 67401
888-827-5564

| Posted | Description | Amount |
|--------|-------------|--------|
| 09/23/22 | OUTGOING WIRE 412324 NEW HORIZ ON FINANCE LLC JPMORGAN CHASE BANK, NA | 27,480.06- |
| 09/23/22 | OUTGOING WIRE 412325 NADER SEP EHR MUFG UNION BANK, NA | 12,257.11- |
| 09/23/22 | OUTGOING WIRE 412326 JGW SOLUT IONS LLC JPMORGAN CHASE BANK, NA | 5,952.80- |
| 09/23/22 | OUTGOING WIRE 412330 BONUS FIN ANCIAL GROUP FIRST REPUBLIC BA NK | 13,869.66- |
| 09/23/22 | OUTGOING WIRE 412334 INTEGRITY DOCS FIFTH THIRD BANK, NATION AL ASS | 5,256.86- |
| 09/23/22 | OUTGOING WIRE 412335 RAUL YESC AS WELLS FARGO BANK, NA | 3,352.89- |
| 09/23/22 | OUTGOING WIRE 412338 HOOD MARK ETING JPMORGAN CHASE BANK, NA | 12,022.16- |
| 09/23/22 | OUTGOING WIRE 412433 ACHME INC BANK OF AMERICA, N.A., CA | 24,241.58- |

### Checks Paid Electronically

| Check Number | Date | Description | Amount |
|--------------|------|-------------|--------|
| ---No Checks Paid Electronically in this statement cycle.--- | | | |

### Checks Paid

| Check Number | Date | Amount | Check Number | Date | Amount |
|--------------|------|--------|--------------|------|--------|
| ---No Checks Paid in this statement cycle.--- | | | | | |

### Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 08/31/22 | 0.00 | 09/02/22 | 25,100.00 | 09/09/22 | 71,535.84 |
| 09/14/22 | 371,535.84 | 09/15/22 | 108,324.10 | 09/20/22 | 237,235.70 |
| 09/21/22 | 277,122.24 | 09/22/22 | 560,877.43 | 09/23/22 | 418,143.85 |
| 09/30/22 | 480,168.77 | | | | |

OHPLPC0000733 03

First National 1870 and Guardian Mortgage divisions of Sunflower Bank, N.A.