QUINN EMANUEL URQUHART & SULLIVAN LLP
Eric D. Winston (SBN 202407)
ericwinston@quinnemanuel.com
Jeremy D. Andersen (SBN 227287)
jeremyandersen@quinnemanuel.com
Razmig Y. Izakelian (SBN 292137)
razmigizakelian@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for OHP-CDR, LP and PurchaseCo 80, LLC*

**FILED & ENTERED**

**MAR 21 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte      DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP, P.C.,<br><br>Debtor. | Chapter 11<br><br>Case No. 8:23-bk-10571-SC<br><br>Adv. Proc. No. 8:23-ap-01098-SC<br><br>**ORDER GRANTING MOTION TO SEAL**<br><br>**Hearing Date and Time**<br><br>Date: [No hearing required]<br><br>Time: [No hearing required]<br><br>Location: [No hearing required] |
| OHP-CDR, LP, a Texas Limited Partnership and PURCHASECO 80, LLC, a Texas Limited Liability Company,<br><br>Plaintiffs<br><br>v.<br><br>RICHARD A. MARSHACK, Chapter 11 Trustee and AZZURE CAPITAL, LLC, a New York Limited Liability Company.<br><br>Defendants. | |

On March 13, 2024, OHP-CDR, LP ("OHP-CDR") and PurchaseCo80, LLC ("PurchaseCo" and with OHP-CDR, the "Plaintiffs"), filed the *Notice of Motion and Motion to File Certain Exhibits to Brief Under Seal* [ECF 34] ("Motion").

Having considered the Motion, and the docket as a whole, and finding good cause, the Motion is hereby GRANTED.

Plaintiffs are authorized to file redacted versions of the documents identified in the Declaration of Razmig Izakelian on the public docket and to file unredacted versions of those documents under seal.

**IT IS SO ORDERED**

Date: March 21, 2024

Scott C. Clarkson
United States Bankruptcy Judge

-1-