QUINN EMANUEL URQUHART & SULLIVAN LLP
Eric D. Winston (SBN 202407)
ericwinston@quinnemanuel.com
Jeremy D. Andersen (SBN 227287)
jeremyandersen@quinnemanuel.com
Razmig Y. Izakelian (SBN 292137)
razmigizakelian@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for OHP-CDR, LP and PurchaseCo 80, LLC*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| In re:<br><br>THE LITIGATION PRACTICE GROUP, P.C.,<br><br>Debtor. | Chapter 11<br><br>Case No: 8-23-bk-10571-SC<br><br>Adv. Proc. No. 8:23-ap-01098-SC |
|---|---|
| OHP-CDR, LP, a Texas Limited Partnership and PURCHASECO 80, LLC, a Texas Limited Liability Company,<br><br>Plaintiffs<br><br>v.<br><br>RICHARD A. MARSHACK, Chapter 11 Trustee and AZZURE CAPITAL, LLC, a New York Limited Liability Company.<br><br>Defendants. | **STIPULATION TO DISMISS ADVERSARY PROCEEDING** |

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE,

THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

This Stipulation ("Stipulation") is entered into by and between Richard A. Marshack, in his capacity as Chapter 11 Trustee ("Trustee") of the Bankruptcy Estate ("Estate") of The Litigation Practice Group P.C. ("Debtor"), OHP-CDR, LP ("OHP") and PurchaseCo80, LLC ("PurchaseCo"), and Azzure Capital, LLC ("Azzure") (collectively Trustee, OHP, PurchaseCo, and Azzure are referred to herein as the "Parties").

**RECITALS**

A.  On March 20, 2023, Debtor filed a voluntary petition under Chapter 11 of Title 11 of the United States Code, initiating bankruptcy Case No. 8:23-bk-10571-SC in the United States Bankruptcy Court for the Central District of California, Santa Ana Division.

B.  On September 11, 2023, OHP and PurchaseCo filed a *Complaint to Determine Priority of Lien and Ownership Interest* ("2023 Complaint").  ECF 1.

C.  On October 13, 2023, the Trustee filed an answer and counterclaims ("Counterclaims").  ECF 7.

D.  On October 13, 2023, Azzure filed an answer.  ECF 10.

E.  On November 3, 2023, OHP and PurchaseCo filed an answer to the counterclaims ("Counterclaims").  ECF 13.

F.  On January 26, 2024, the Trustee filed a complaint against Azzure and other Defendants, initiating the adversary proceeding captioned *Marshack v. Bridge Funding Cap, LLC et al.*, Adv. Pro. No. 24-1011 ("2024 Complaint" and "2024 Adversary").

G.  On August 8, 2024, OHP, PurchaseCo, and the Trustee entered into a settlement agreement ("Settlement Agreement").  *See* Case No. 23-10571, ECF 1494 at 17.

H.  On August 8, 2024, the Trustee filed a motion to approve the Settlement Agreement pursuant to Federal Rule of Bankruptcy Procedure 9019 ("Settlement Motion").  Case No. 23-10571, ECF 1494.

I.  On August 28, 2024, the Court entered an order approving the Settlement Motion. Case No. 23-10571, ECF 1563.

**STIPULATION**

Wherefore, the Parties agree and STIPULATE as follows:

1.  The Complaint and the Counterclaims are hereby dismissed as set forth in the Settlement Agreement.

2.  The dismissal of the Complaint and Counterclaims is without prejudice to any claims the Trustee has asserted or may assert against Azzure, including any claims set forth in the 2024 Complaint or the 2024 Adversary.

3. This Stipulation may be executed in one or more counterparts and facsimile electronic signatures may be used in filing this document with the Court.

DATED: September 18, 2024

DINSMORE & SHOHL LLP

By: _____
CHRISTOPHER CELENTINO
Special Counsel for
RICHARD A. MARSHACK

DATED: September 18, 2024

QUINN EMANUEL URQUHART & SULLIVAN LLP

By: _____
RAZMIG Y. IZAKELIAN
Attorneys for
OHP-CDR, LP and PURCHASECO 80, LLC

DATED: September 18, 2024

BRYAN CAVE LEIGHTON PAISNER LLP

By: _____
SHARON Z. WEISS

Attorneys for
AZZURE CAPITAL, LLC