QUINN EMANUEL URQUHART & SULLIVAN LLP
Eric D. Winston (SBN 202407)
ericwinston@quinnemanuel.com
Jeremy D. Andersen (SBN 227287)
jeremyandersen@quinnemanuel.com
Razmig Y. Izakelian (SBN 292137)
razmigizakelian@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for OHP-CDR, LP and PurchaseCo 80, LLC*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP, P.C.,<br><br>Debtor. | Chapter 11<br><br>Case No: 8-23-bk-10571-SC<br><br>Adv. Proc. No. 8:23-ap-01098-SC |
| OHP-CDR, LP, a Texas Limited Partnership and PURCHASECO 80, LLC, a Texas Limited Liability Company,<br><br>Plaintiffs<br><br>v.<br><br>RICHARD A. MARSHACK, Chapter 11 Trustee and AZZURE CAPITAL, LLC, a New York Limited Liability Company.<br><br>Defendants. | **ORDER APPROVING STIPULATION TO DISMISS ADVERSARY PROCEEDING** |

The Court, having considered the stipulation ("Stipulation")[1] by and between Richard A. Marshack, in his capacity as Chapter 11 Trustee of the Bankruptcy Estate of The Litigation Practice Group P.C., OHP-CDR, LP. and PurchaseCo80, LLC, and Azzure Capital, LLC ("Azzure") to dismiss the adversary proceeding, finding that no other service or notice is necessary, having considered the record before the Court, and good cause appearing therefor,

---

[1] All terms not defined herein have the meaning given to them in the Stipulation.

1

IT IS HEREBY ORDERED as follows:

1. The Stipulation is approved.
2. The Complaint and the Counterclaims are dismissed as set forth in the Settlement Agreement.
3. The dismissal of the Complaint and Counterclaims is without prejudice to any claims the Trustee has asserted or may assert against Azzure, including any claims set forth in the 2024 Complaint or the 2024 Adversary.

**IT IS SO ORDERED.**